

That's Hot.
Sell
My eBay
ebay
Shop by category
Search for anything
All Categories
Search
Advanced
Back to search results | Listed in category: Consumer Electronics > Multipurpose Batteries & Power > Battery Chargers > See more NOCO Genius Gb40 Boost Jump Starter - 1000a
Add to watch list
NOCO GB40 Genius Boost Plus 1,000A Jump Starter
1 viewed per hour
Be the first to write a review.
Condition: New
Quantity: 1
2 available
Price: US $92.00
Buy It Now
Add to cart
Add to watch list
2-year protection plan from SquareTrade - $13.99
Free shipping and returns
Ships from United States
Shipping: FREE Standard Shipping | See details
Item location: United States, United States
Ships to: United States See exclusions
Delivery: Estimated between Wed. Jul. 31 and Wed. Aug. 7
Includes 5 business days handling time after receipt of cleared payment.
Payments:
PayPal CREDIT
Special financing available. Apply Now | See terms
Returns: Free 30 day returns | See details
Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or get your money back. Learn more
Seller information
anh040 (10 )
85.7% Positive feedback
Save this Seller
Contact seller
See other items
Have one to sell?
Sell now

Exhibit B